In the Matter of ALMA M. FABRICIUS, Appellant, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— No opinion. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

In the Matter of ALBERT DELUCA et al., Judgment Creditors, Respondents, v. JAMES F. O'KELLY, Judgment Debtor, Appellant.— Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.

In the Matter of S. LEIGHTON FROOKS, Judgment Creditor, Respondent, v. WILL N. CLURMAN, Judgment Debtor, Appellant.— No opinion. Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

In the Matter of LAWYERS MORTGAGE COMPANY (525 East 21st St., Brooklyn, New York.— Guarantee No. 29,883). DOROTHY GARLICK et al., Appellants; TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent.— No opinion. Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

In the Matter of METERED OIL, INC., Appellant. EUGENE SHERK et al., Constituting the Board of Appeals of the Village of Floral Park, Respondents. No opinion. Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ.

IRVING KAHN, Appellant, v. CRYSTAL LUMBER & TRIM CORPORATION et al., Respondents.— No opinion. Hagarty, Carswell, Johnston, Adel and Taylor, JJ., concur.